1
2
3
4
5
6

FILED
CLERK, U.S. DISTRICT COURT

FEB 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            Case No.: 6D13-100M

11                    Plaintiff,          ORDER OF DETENTION
                                          (FED.R. CRIM. P.32.1(a)(6); 18
12        v.                              U.S.C. § 3143(a))
     Jose Refugio Arellano-Guerra

13                    Defendant.

14

15        The defendant having been arrested in this District pursuant to a warrant
16   issued by the United States District Court for the  Northern
17   District of  California   for alleged violation(s) of the terms and
18   conditions of probation or supervised release; and
19        Having conducted a detention hearing pursuant to Federal Rule of Criminal
20   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:
21   A.   (✓)   The defendant has not met his/her burden of establishing by clear and
22              convincing evidence that he/she is not likely to flee if released under
23              18 U.S.C. § 3142(b) or (c).  This finding is based on the following:
24              • Unknown Background
25              • Unknown Bail Resources
26              • Immigration Status Undocumented
27

1

28

1 | and/or

2 | B.    ( )    The defendant has not met his/her burden of establishing by clear and

3 | convincing evidence that he/she is not likely to pose a danger to the

4 | safety of any other person or the community if released under 18

5 | U.S.C. § 3142(b) or (c). This finding is based on the following:

6 | _____

7 | _____

8 | _____

9 | _____

10 |

11 |

12 | IT THEREFORE IS ORDERED that the defendant be detained pending the further

13 | revocation proceedings.

14 |

15 | Dated: 2/20/13

16 | HONORABLE DAVID T. BRISTOW
United States Magistrate Judge